IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

Ecolimo, LLC )
3101 Ocean Park Boulevard, Suite 308 )
Santa Monica, CA 90405 )
   and )
Ecolimo-DC, LLC )
1629 K Street, N.W., Suite 300 )
Washington, D.C. 20006 )
 )
   Plaintiffs )
 )
v. ) Civil Action No. _____
 )
 )
Christian Michael McInerney ) Case: 1:08-cv-01333
3900 Fairfax Drive, Suite 1403 ) Assigned To : Kollar-Kotelly, Colleen
Arlington, VA 22203 ) Assign. Date : 8/1/2008
   and ) Description: General Civil
Zero Emissions Limo, Inc. )
3900 Fairfax Drive, Unit 1403 )
Arlington, VA 22203 )
   Registered Agent: )
   Christian Michael McInerney )
   3900 Fairfax Drive, Unit 1403 )
   Arlington, VA 22203 )
 )
   Defendants )

## COMPLAINT FOR DAMAGES AND
## INJUNCTIVE RELIEF

(Infringement of Trademark, Unfair Competition, Breach of Contract,

Breach of Implied Covenant of Good Faith and Fair Dealing, Conversion)

Plaintiffs, ECOLIMO, LLC and ECOLIMO-DC, LLC, by and through counsel,

hereby bring this action seeking damages and preliminary and permanent injunctive relief

1

against defendants CHRISTIAN MICHAEL MCINERNEY and ZERO EMISSIONS LIMO, INC., on grounds as follows:

Introduction

1. Defendant McInerney entered into a contract and Contractor Confidentiality Agreement to help plaintiffs start up a luxury, environmentally friendly (alternative fuel) limousine operation in the Washington, D.C. metropolitan area. The business prospered until defendant converted to his own use plaintiffs' trademark, customers, vehicles, confidential information, and bank account to compete with them. He must be stopped if plaintiffs' D.C. operation is to continue.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, the parties being citizens of different states and the amount in controversy exceeding $75,000, and 28 U.S.C. § 1367. This Court also has jurisdiction pursuant to 28 U.S.C. sec. 1331, since there is a federal question under the Lanham Act.

3. The Court has personal jurisdiction over defendants pursuant to DC Code § 14-423, in that defendants transacted and continue to transact business in the District of Columbia and have caused tortious injury in Washington, DC and/or has caused tortious injury in Washington, DC by an act or omission outside Washington, DC while regularly doing and/or soliciting business in Washington, DC. In addition, on information and belief, defendants have engaged in a persistent course of conduct and/or derived substantial revenue from services rendered in Washington, DC.

4. Ecolimo, LLC (hereinafter "Ecolimo") is a California limited liability company, headquartered in Santa Monica, California. Its Sole Managing Member is Y.

2

Fray, a resident of California.

5. Ecolimo-DC, LLC (hereinafter "Ecolimo-DC") is a District of Columbia limited liability company wholly owned by Ecolimo. Its Sole Managing Member is Y. Fray, a resident of California.

6. Christian Michael McInerney ("McInerney" or "defendant") is an individual and a resident of Arlington, Virginia.

7. Zero Emissions Limo, Inc. is a Virginia corporation with its principal place of business in Arlington, Virginia. Its President is McInerney.

Facts

8. Plaintiff Ecolimo holds the federally registered trademark "Ecolimo," USPTO Reg. No. 3,097,592 (reg. May 30, 2006), and uses this trademark in its business operating and/or licensing luxury, alternative fuel limousine service in metropolitan areas including but not limited to Los Angeles and San Francisco. The Ecolimo trademark is registered in the United States, Canada, the United Kingdom, and Japan, and registration is pending in France, Germany, and Monaco.

9. In December 2006 the Company was contacted by defendant, who represented that he was well connected in the Washington, D.C. metropolitan area; that he had been associated with a limo service in the D.C. suburb of Arlington, Virginia; and that he had an interest in licensing an alternative fuel limo service in the D.C. metro area. There was further discussion in March 2007.

3

10. In May 2007 Ecolimo's Managing Member, Y. Fray, met with defendant McInerney in Las Vegas, Nevada. They agreed that McInerney would, as an independent contractor, help to start an Ecolimo operation in the D.C. metro area, with an eye toward his becoming the licensee at some point. The parties agreed that Ecolimo-DC would secure vehicles and pay all operating expenses, that McInerney would invoice plaintiff from time to time for his services, and that McInerney would sign an agreement protecting plaintiff's confidential information for two years.

11. On June 25, 2007, Ecolimo created Ecolimo-DC, LLC in the District of Columbia, with offices at 1629 K Street, N.W., #300, Washington, D.C. 20006.

12. On June 27, 2007, defendant McInerney entered into a Contractor Confidentiality Agreement with plaintiffs under which, <u>inter alia</u>, he agreed not to use Ecolimo-DC's customer lists or customer contacts or other confidential information for his own benefit for two years. (Exhibit 1).

13. In July-August, Ecolimo-DC's Managing Member Y. Fray set up the D.C. office, bought limos, and operations began. Defendant McInerney performed local marketing, hiring and supervision of drivers, securing licenses and insurance, and banking. On November 9, 2007, Ecolimo-DC executed a general power of attorney for defendant McInerney.

14. In January 2008, defendant McInerney requested that he attend the Sundance Film Festival with Fray so he could meet plaintiff Ecolimo's entertainment industry customers and contacts. This was granted. There the parties resumed their discussion of defendant McInerney acquiring the D.C. area Ecolimo license. Fray offered McInerney the license for a token fee, but McInerney avoided commitment.

15. One Ecolimo-DC vehicle (a Prius) had a GPS system that permitted plaintiffs to track it at all times. Plaintiffs made an appointment to have a GPS tracking system installed in the other vehicle (a Lexus) in November 2007, but defendant McInerney repeatedly cancelled this installation.

16. In February 2008, plaintiffs discovered that McInerney had been running Ecolimo-DC customer service calls without reporting these to plaintiffs or turning in money or charge slips; using his Power of Attorney, he had cleaned out Ecolimo-DC's bank account, leaving only a $1 balance; and he had failed to appear for Ecolimo-DC pickups which cost plaintiffs the customers. Plaintiffs promptly terminated McInerney's contract. Defendant McInerney responded by secreting plaintiffs' two limos in a garage in Arlington, Virginia, which were recovered only when plaintiffs located them by GPS and threatened to call the Arlington Police.

17. In February-March, business at Ecolimo-DC declined very sharply. In April-May, Fray conducted an inquiry into why this had occurred, and established that:

    a. A review of the GPS/NAFTRAK tracking system in its limos showed that defendant had been making numerous customer runs in Ecolimo-DC vehicles, using Ecolimo-DC fuel and insurance, without revealing this or turning in money or a charge slip to the Company;

    b. Defendants marketed their own limo activity as Ecolimo by responding to calls for Ecolimo service and potential customer service inquiries, but later billing for themselves under the name of defendant Zero Emissions Limo, Inc.;

    c. Defendants were soliciting Ecolimo-DC customers and giving them a promotions package and proposed agreement for their own service called Zero Emissions

5

Limo, Inc.;

    d. Defendant McInerney had months earlier ceased to bring new customers to Ecolimo-DC;

    e. Defendant McInerney had failed to appear for certain Ecolimo-DC customer pickups which caused plaintiff to lose valuable customers, like Peter Templeton of the U.S. Green Building Council;

    f. Defendants have continued to solicit and take away plaintiff's customers for defendants' own benefit;

    g. Defendant McInerney is also beginning a new limo service in the D.C. metro area called "enviroSEDAN."

18. Defendants have and continue to raid Ecolimo-DC's client base, to cause plaintiffs substantial financial losses, to infringe the "Ecolimo" trademark, and to cause irreparable damage to plaintiffs' business and reputation.

## Count 1 – Trademark Infringement

19. The allegations in paragraphs 1-18 are incorporated herein and by this reference made a part hereof.

20. Defendants' conduct violates Section 43(a)(1) of the Lanham Act, 15 U.S.C.§1125(a).

## Count 2 – Unfair Competition

6

21. The allegations in paragraphs 1-20 are incorporated herein and by this reference made a part hereof.

22. Defendants' conduct constitutes unfair competition under District of Columbia law.

### Count 3 – Breach of Contract

23. The allegations in paragraphs 1-22 are incorporated herein and by this reference made a part hereof.

24. Defendants' conduct constitutes breach of an oral contract and breach of a written contract.

### Count 4 – Breach of Implied Covenant of Good Faith and Fair Dealing

25. The allegations in paragraphs 1-24 are incorporated herein and by this reference made a part hereof.

26. Defendants' conduct constitutes breach of an implied covenant of good faith and fair dealing.

### Count 5 – Conversion

27. The allegations in paragraphs 1-26 are incorporated herein and by this reference made part hereof.

28. Defendants' conduct constitutes conversion.

## Prayer for Relief

Plaintiffs request that the Court enter judgment in their favor on every count and reward them relief including:

a. A preliminary and permanent injunction enjoining defendants and all persons and entities in active concert with them from using the Ecolimo trademark; from taking any actions that suggest that they are or represent Ecolimo; from responding to Ecolimo customer service calls or customer service inquiries; from soliciting business from or providing services to any person or entity that was a customer of Ecolimo-DC from June 27, 2007 until the present.

b. An order requiring defendants to provide to plaintiffs a list of all persons and entities for whom defendant or others in active concert with them provided limo service in the D.C. area other than for plaintiffs since June 25, 2007.

c. A full accounting of all limo services provided to Ecolimo-DC customers other than through Ecolimo-DC from June 25, 2007 to the present, including names, dates, invoices, and fees collected.

d. An award of defendants' profits from transactions described in subparagraph "C" above.

e. An award of all funds taken by defendants from the Ecolimo-DC bank account on or about February 7, 2008, and the reasonable value of all fuel, insurance, and rental for plaintiffs' vehicles used by defendant for their own benefit.

f. Statutory damages for defendants' trademark infringement.

g. An award of other monetary damages in an amount to be proved at trial.

h. An award of punitive damages in an amount to be proved at trial.

i. Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ *Marshall F. Berman*

Marshall F. Berman, Esq.
Law Offices of Marshall F. Berman
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
   Telephone 202-337-4808
   Fax 202-337-4905
   Email lawfirmmberman@yahoo.com
   (DC Bar No. 020743)

/s/ *Joel P. Bennett*

Joel P. Bennett, Esq.
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, N.W.
Washington, D.C. 20007-3239
   Telephone 202-625-1970
   Fax 202-625-1973
   Email jbennett@radix.net
   (DC Bar No. 145227)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** ECOLIMO, LLC
3101 OCEAN PARK BLVD #308
SANTA MONICA, CA 90405

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** CHRISTIAN McINERNEY
3900 FAIRFAX DRIVE #1403
ARLINGTON, VA 2203

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mr. Joel P. Bennett
1208 Eton Ct NW
Washington, DC 20007
202-625-1970

Case: 1:08-cv-01333
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/1/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
- ☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)

- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

2

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br><br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

☒ **ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

LANHAM ACT, 15 U.S.C. sec 1125; TRADEMARK INFRINGEMENT

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 7/31/08    SIGNATURE OF ATTORNEY OF RECORD  *[signature] Bennett*
8-1-08

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

:\forms\js-44.wpd

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
AUG 1 - 2008
RECEIVED